# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Dylan James Hardy | ) | Case No. 3:24-mj-00103 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 2 to May 9, 2024  in the county of  Multnomah  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g); | Felon in Possession of a Firearm; |
| 18 U.S.C. § 922(j); | Possession of a Stolen Firearm; |
| 18 U.S.C. § 922(k); and | Possession of a Firearm with Obliterated Serial Number; and |
| 18 U.S.C. § 933(a)(1) | Trafficking in Firearms |

This criminal complaint is based on these facts:

See the attached affidavit of FBI Special Agent Grant Taylor

☑ Continued on the attached sheet.

/s/ by Grant Taylor by Phone
*Complainant's signature*

Grant Taylor, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 10:05 a.m./p.m.

Date: May 23, 2024

*Judge's signature*

City and state: Portland, Oregon    Honorable Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*