UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:24-cr-00231-HZ |
| v. | **INDICTMENT** |
| **DYLAN JAMES HARDY,** | **18 U.S.C. § 922(k)** |
| **Defendant.** | **Forfeiture Allegation** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession of a Firearm with an Obliterated Serial Number)**
**(18 U.S.C. § 922(k))**

On or about May 9, 2024, in the District of Oregon, defendant **DYLAN JAMES HARDY**, did knowingly possess and receive a firearm which had the manufacturer's serial number removed, obliterated, and altered, after such firearm had been shipped and transported in interstate commerce, to wit: an AR-15 style .223 caliber rifle with B.F.I., Windham, ME, USA engraved above the trigger,

In violation of Title 18, United States Code, Section 922(k).

/ / /

/ / /

**Indictment**                                                                                         **Page 1**

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1 of this Indictment, defendant **DYLAN JAMES HARDY** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including but not limited to the following:

> One AR-15 style .223 caliber rifle with B.F.I., Windham, ME, USA engraved above the trigger.

Dated: June 11, 2024.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

/s/ Nathan Bender

NATHAN R. BENDER, WASB #52720
Assistant United States Attorney