Edie Rogoway, OSB #000935
Rogoway Law, LLC
521 SW Clay Street
Portland OR 97201
503.750.3480
F. 503.226.1321.
Email: edie@edielaw.com
Attorney for Defendant Hardy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN HARDY<br><br>Defendant. | Case No.3:24-cr-00231-AB<br><br>DECLARATION OF EDIE ROGOWAY IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE. |

1. On May 24th, 2024, I was appointed to represent Mr. Hardy and I make this Declaration in Support of his Motion to continue his trial date (currently scheduled for March 5th 2025) 120 days or a date thereafter convenient to the Court. AUSA Hermann does not oppose this motion.

2. Mr. Hardy was indicted on one count of Felon in Possession; if convicted he faces a significant sentence.

3. Mr. Hardy was recently transfered from Federal custody to State custody after the Multnomah County DA's Office filed a 51 count indictment against him; the majority of these charges are Measure 11 and Mr. Hardy's State exposure is much more significant than what he faces here..

4. I am in contact with Mr. Hardy's Multnomah County defense attorney and have had a number of discussions with that attorney, as well as AUSA Bender about a global resolution.

5. A continuance is necessary in order for either the State case to first resolve or for all parties to reach a global settlement; something everyone is aware of as a possibility.

5. I have had several conversations with Mr. Hardy and based on those discussions, I believe a global resolution is likely, however, due to the complexities involved when multiple jurisdictions are at play, it will take some time to work out the details of a global settlement.

6. I am therefore asking for additional time in order for the various parties involved in these cases to continue conferring and working toward settlement.

7. To provide Mr. Hardy with a constitutionally adequate defense, additional time is needed to conduct this work.

8. For these reasons, I respectfully ask the Court to Continue Mr. Hardy's trial 120 days, or a date thereafter convenient to the Court. I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 5th Day of March, 2025

/s/ Edie Rogoway