Edie Rogoway, OSB #000935
Rogoway Law, LLC
521 SW Clay Street
Portland OR 97201
503.750.3480
F. 503.226.1321.
Email: edie@edielaw.com
Attorney for Defendant Hardy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.3:24-cr-00231-AB |
| Plaintiff, | DECLARATION OF EDIE ROGOWAY IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE. |
| vs. | |
| DYLAN HARDY | |
| Defendant. | |

1. On May 24th, 2024, I was appointed to represent Mr. Hardy and I make this Declaration in Support of his Motion to continue his trial date (currently scheduled for June 20th, 2025) 120 days or a date thereafter convenient to the Court. AUSA Hermann does not oppose this motion.

2. Mr. Hardy was indicted on one count of Felon in Possession; if convicted he faces a significant sentence.

3. Mr. Hardy is in State custody on a 51 count indictment; the majority of these charges are Measure 11 and Mr. Hardy's State exposure is much more significant than what he faces here; trial counsel in his state case has advised that if convicted, he will likely receive a 15 to 20 year prison sentence. That case is scheduled to go to trial August 22, 2025.

4. I am in contact with Mr. Hardy's Multnomah County defense attorney and have had a number of discussions with that attorney, as well as AUSA Herman and for a variety of reasons, Mr. Hardy's state case should be resolved prior to resolving this case and I am therefore requesting a continuance for after that trial date.

5. A continuance is necessary so that Mr. Hardy can first resolve his more serious case in Multnomah County.

5. I recently met with Mr. Hardy who expressly stated that he would like to continue his Federal case until the state case is resolved. Additionally, Mr. Hardy advises that he wishes to waive his speedy trial rights through the date of the next trial setting (should the Court grant this Motion.

6. To provide Mr. Hardy with a constitutionally adequate defense, additional time is needed to conduct this work.

7. For these reasons, I respectfully ask the Court to Continue Mr. Hardy's trial 120 days, or a date thereafter convenient to the Court. I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 9th Day of June, 2025



/s/ Edie Rogoway