Edie Rogoway, OSB #000935
Rogoway Law, LLC
521 SW Clay Street
Portland OR 97201
503.750.3480
F. 503.226.1321.
Email: edie@edielaw.com
Attorney for Defendant Hardy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>DYLAN JAMES HARDY<br>Defendant. | Case No. 3:24-cr-00231-AB-1<br><br>MOTION TO CONINUE TRIAL |

Dylan James Hardy, by and through his counsel Edie Rogoway, moves this Court to reschedule his trial, currently scheduled for October 7th, 2025, 90-days, or a date thereafter convenient to the Court.

Mr. Hardy, who is in custody, understands his rights under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and is aware that this motion will result in excludable delay; he consents to a continuance. The government does not oppose this Motion.

This Motion is supported by Declaration of Counsel filed under separate cover.

Respectfully submitted this 25th Day of September 2025

*/s/ Edie Rogoway*
Counsel for defendant