Edie Rogoway, OSB #000935
Rogoway Law, LLC
521 SW Clay Street
Portland OR 97201
503.750.3480
F. 503.226.1321.
Email: edie@edielaw.com
Attorney for Defendant Hardy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTALAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN JAMES HARDY<br><br>Defendant. | Case No. 3:24-cr-00231-AB-1<br><br>DECLARATION OF EDIE ROGOWAY IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL |

Pursuant to 28 U.S.C. §1746, I declare that the following is true and correct:

1. I am Mr. Hardy's court-appointed attorney in this matter and make this Declaration in Support of his Motion to continue his trial date currently scheduled for October 7th, 2025, 90-days, or a date thereafter convenient to the Court. The government does not oppose this motion.

2. I was appointed on this case May 28th, 2024, and Mr. Hardy is currently in custody.

3. On August 28th, 2025, Mr. Hardy plead guilty to six felony counts, including several Measure 11 Counts in State v. Hardy, Multnomah County Case Number 23CV53214 is scheduled to be sentenced on October 10th, 2025 where the parties will be asking the Court to impose a 130 month prison sentence.

4. I have been in frequent communication with Mr. Hardy's Multnomah County defense attorney and am communicating the information I receive from her with the government.

5. Additionally, Mr. Hardy, who is hoping to resolve this case via a Plea Agreement, has at least one open criminal matter in Washington County and both myself and AUSA Hermann are working to hopefully reach a global resolution with that county.

6. We are actively working to consolidate and finalize all matters and respectfully ask the Court to grant an additional 90 days which I believe will provide the sufficient amount of time to do so.

7. The government does not oppose this Motion.

8. For these reasons, I respectfully ask the Court to grant Defendant's Motion to Continue the current trial date to 90 days or a date thereafter convenient to the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 25th Day of September 2025

Edie Rogoway,
Attorney for Defendant